UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MIDDLEBROOKS SHAPIRO, P.C.
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
Melinda D. Middlebrooks, Esq.
middlebrooks@middlebrooksshapiro.com
Attorneys for Creditor and Plaintiff Pizzazz
Fashion, Inc.

In Re:

LAURA CANTOR, INC.
                    Chapter 11 debtor.

PIZZAZZ FASHION, INC.,

                    Plaintiff(s)

v.

LAURA CANTOR, INC. and
LAURA CANTOR, Individually

                    Defendant(s)

Case No.:              22-10406-VFP

Adv. No.:              22-01034-VFP

Hearing Date:          _____

Judge:              Vincent F. Papalia

**ORDER TO SHOW CAUSE IMPOSING A TEMPORARY INJUNCTION AND OTHER EQUITABLE
RELIEF AGAINST DEFENDANTS LAURA CANTOR, INC. AND LAURA CANTOR, INDIVIDUALLY,
PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 7001 AND 7065 AND 11 U.S.C. § 105(a)**

        The relief set forth on the following pages, numbered two (2) through  three (3)     , is

   **ORDERED**.

**In Re:**          Laura Cantor, Inc.
**Case No.**          22-10406-VFP
**Adv. Proc.**          Pizzazz Fashion Inc. v. Laura Cantor, Inc., *et al*
**Adv. Proc. No**.  __22-01034_____-VFP
**Caption of Order:**  Order to Show Cause Imposing a Temporary Injunction and Other Equitable
Relief Against Defendants Laura Cantor, Inc. and Laura Cantor, Individually, Pursuant to
Federal Rules of Civil Procedure 7001 and 7065 and 11 U.S.C. § 105(a)
**Page**:  1

**THIS MATTER** having come before the Court by way of Verified Complaint,
Certification of Gaurav Aggarwal dated January 26, 2022 (the "Aggarwal Certification"), and
Memorandum of Law filed on behalf of Plaintiff Pizzazz Fashion, Inc. ("Plaintiff") seeking entry
of the within Order to Show Cause against Defendants Laura Cantor, Inc. and Laura Cantor,
individually (collectively "Defendants") pursuant to Federal Rules of Civil Procedure 7001 and
7065 and 11 U.S.C. § 105(a), and the Court having reviewed the pleadings and the record in this
proceeding, and for good cause having been shown:

**IT IS ON THIS** _____ day of January, 2022,

**ORDERED** that Defendants Laura Cantor, Inc. and Laura Cantor, individually
("Defendants") shall show cause before Honorable Vincent F. Papalia, on the _____ day of
_____, _____, at _____ __.m. o'clock in the _____noon via CourtSolutions
https://www.court-solutions.com/ why the following relief should not be granted against
Defendants and an Order be entered:

(a)  Enjoining and restraining Defendants Laura Cantor, Inc. and Laura Cantor from
interfering with Plaintiff Pizzazz Fashion, Inc.'s full and unfettered access to all business records
and accounts of Plaintiff, and Plaintiff's related entities and predecessors, including but not limited
to, client files and records, vendor payments, billing records and invoices, collection records,
account statements, computer records, computer hardware, computer software, company accounts,
including the Shopify account, Plaintiff's bank accounts, and any other bank accounts in which
Defendants are depositing gross and/or net revenues from online sales, telephone numbers and/or

**In Re:**          Laura Cantor, Inc.
**Case No.**        22-10406-VFP
**Adv. Proc.**      Pizzazz Fashion Inc. v. Laura Cantor, Inc., *et al*
**Adv. Proc. No**.  __22-01034__          -VFP
**Caption of Order:**  Order to Show Cause Imposing a Temporary Injunction and Other Equitable
Relief Against Defendants Laura Cantor, Inc. and Laura Cantor, Individually, Pursuant to
Federal Rules of Civil Procedure 7001 and 7065 and 11 U.S.C. § 105(a)
**Page**: 2

lines, email accounts, domain names, website and Plaintiff's servers together with any and all

access information, including, but not limited to logins and passwords.

(b)      Enjoining and restraining Defendants from withdrawing any funds from any

account owned by and/or maintained by Plaintiff or maintained on behalf Plaintiff without the

prior written consent of Plaintiff, by and through its owner, Gaurav Aggarwal.

(c)   Enjoining and restraining Defendants from contacting any of Plaintiff's clients,

customers, vendors, accounts receivable for any purpose.

(d)   Enjoining and restraining Defendants from removing files, computer, monies, funds,

assets from any source, including, but not limited to Plaintiff's office(s) and/or bank accounts,

including, but not limited to, Plaintiff's Shopify account.

(e)   Ordering Defendants to transfer the domain names and control over the websites for

Plaintiff's online businesses to Plaintiff's GoDaddy account or other account as directed by

Plaintiff.

(f)  Restraining Defendants from representing in any manner that it operates under the d/b/a

*Sonja by Sonja Morgan* and prohibiting Defendants from making the representation that they have

any rights to *Sonjamorgannewyork* and removing and sealing any and all references to *Sonja by*

*Sonja Morgan* as being in any manner being a debtor in this proceeding.

(g)  Granting Plaintiff such other and further relief as the Court deems just and proper.

**IT IS FURTHER ORDERED** that a copy of this Order to Show Cause, Aggarwal

Certification, Memorandum of Law and proposed form of Order to be served upon counsel for

**In Re:**　　　　　Laura Cantor, Inc.
**Case No.**　　　　22-10406-VFP
**Adv. Proc.**　　　Pizzazz Fashion Inc. v. Laura Cantor, Inc., *et al*
**Adv. Proc. No**.　 22-01034　　　　-VFP
**Caption of Order:**  Order to Show Cause Imposing a Temporary Injunction and Other Equitable Relief Against Defendants Laura Cantor, Inc. and Laura Cantor, Individually, Pursuant to Federal Rules of Civil Procedure 7001 and 7065 and 11 U.S.C. § 105(a)
**Page**:  3

Chapter 11 Debtor, Laura Cantor, Inc., by and through its counsel, Brett Silverman, Esq., 4 Terry Terrace, Livingston, New Jersey 07039 via CM/ECF and email brett@getconciergelaw.com and Defendant Laura Cantor, at 318 Russell Avenue, Edgewater, New Jersey 07020 via overnight mail; Fran B. Steele, Esq., Office of the United States Trustee via CM/ECF and email Fran.B.Steele@usdoj.gov; and Subchapter V trustee, Devanshu L. Modi, Esq., Lyon, Glassman, Leites & Modi, L.L.C, PO Box 409, Florham Park, New Jersey 07932 via CM/ECF and email dev.modi@lglmlaw.com within _____ days of entry of this Order; and

**IT IS FURTHER ORDERED** that Defendants and any party-in-interest shall file with the Clerk of this Court and serve upon counsel for Plaintiff, Melinda D. Middlebrooks, Esq., Middlebrooks Shapiro, P.C., 841 Mountain Avenue, First Floor, Springfield, New Jersey 07081, middlebrooks@middlebrooksshapiro.com any responsive pleadings to this Order to Show Cause by the close of business day (5:00 p.m.) on _____, ____, 2022; and

**IT IS FURTHER ORDERED** that failure of Defendants Laura Cantor, Inc. and Laura Cantor to timely object to the relief sought and/or appear on the return date of the within Order to Show Cause may result in the relief sought in this Order to Show Cause to be granted by the Court on the papers.