UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**MIDDLEBROOKS SHAPIRO, P.C.**
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
Melinda D. Middlebrooks, Esq.
*middlebrooks@middlebrooksshapiro.com*
Attorneys for Plaintiff Pizzazz Fashion Inc.

| | |
|---|---|
| In re:<br><br>**LAURA CANTOR, INC.**,<br><br>Subchapter V Chapter 11 debtor. | Case No. 22-10406-VFP<br><br>Chapter 11 (Subchapter V)<br><br>Honorable Vincent F. Papalia |
| **PIZZAZZ FASHION INC.**,<br><br>     Plaintiff,<br><br>v.<br><br>**LAURA CANTOR, INC. and**<br>**LAURA CANTOR**, **Individually**,<br><br>     Defendants. | Adv. Proc. No. 22-_01034_____ -VFP |

**CERTIFICATION OF MELINDA D. MIDDLEBROOKS, ESQ. IN SUPPORT OF
ENTRY OF ORDER TO SHOW CAUSE AND IN SUPPORT OF VERIFIED
COMPLAINT FILED ON BEHALF OF PIZZAZZ FASHION INC.
FOR A TEMPORARY INJUNCTION AND OTHER EQUITABLE RELIEF
AGAINST DEFENDANTS LAURA CANTOR, INC. AND LAURA CANTOR,
INDIVIDUALLY, PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE
7001 AND 7065 AND 11 U.S.C. § 105(a) AND FOR RELATED RELIEF**

I, **MELINDA D. MIDDLEBROOKS, ESQ.**, of legal age, hereby certify and say:

1

1.  I am the Managing Partner of the Law Firm of Middlebrooks Shapiro, P.C., counsel for Plaintiff Pizzazz Fashion, Inc. ("Plaintiff") and handling attorney for this file.

2.  Given the foregoing, I am fully familiar with the facts in the above-captioned matter.

3.  Annexed hereto as Exhibit A is a true and correct copy of the Order Granting Order to Show Cause With Preliminary Restraints granted by Presiding Judge (Chancery) Edward A. Jerejian entered in the Superior Court of New Jersey, Chancery Division, Bergen County in the matter of *Gaurav Aggarwal, Pizzazz Fashion, Inc., Ivyappaar Holdings, Inc. and SwipeSocial, Inc. v. Laura Cantor and Laura Cantor, Inc.*, bearing Docket No. C-265-21 filed on November 4, 2021.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge, information and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ Melinda Middlebrooks

Dated:  January 26, 2022

2

# Exhibit

## "A"

THOMAS KADIAN LLC
Dennis E. Kadian, Esq. (NJ Attorney ID #026402003)
90 East Halsey Road, Suite 390
Parsippany, New Jersey 07054
(973) 996-4300 - Telephone
*Attorneys for Plaintiffs Gaurav Aggarwal,*
*Pizzazz Fashion Inc., Ivyapaar Holdings, Inc.,*
*and SwipeSocial Inc.*

FILED

NOV 04 2021

Edward A. Jerejian
P.J.Ch.

|  |  |
|---|---|
| GAURAV AGGARWAL, PIZZAZZ FASHION INC., IVYAPAAR HOLDINGS, INC., and SWIPESOCIAL INC., <br><br> Plaintiffs, <br><br> vs. <br><br> LAURA CANTOR and LAURA CANTOR, INC., <br><br> Defendants. | SUPERIOR COURT OF NEW JERSEY CHANCERY DIVISION: BERGEN COUNTY DOCKET NO. C-265-21 <br><br> CIVIL ACTION <br><br> **ORDER TO SHOW CAUSE SEEKING** ~~TEMPORARY~~ **RESTRAINTS** *Preliminary* |

THIS MATTER having been opened to the Court on the application of Plaintiffs Pizzazz

Fashion Inc. ("Pizzazz") and SwipeSocial Inc. ('SwipeSocial") (collectively referred to as

"Plaintiffs") for injunctive relief pursuant to Rule 4:52-1 based upon the facts set forth in the

Verified Complaint and Certification of Gaurav Aggarwal ("Aggarwal"), sworn to on the 1st day

of November 2021, and the Court, having considered the submissions and determined that this

Case 22-01034-VFP   Doc 2-2   Filed 01/27/22   Entered 01/27/22 11:51:15   Desc
Certification of Melinda D. Middlebrooks   Esq. in Support of Entry of Order to S   Page 4 of 7

matter may be commenced by Order to Show Cause pursuant to Rule 4:52-1 and for good cause

shown,

IT IS on this 4th day of *November*, 2021,

ORDERED that Defendants Laura Cantor and Laura Cantor, Inc. ("Defendants") shall

appear before the Honorable *Edward A. Jerejian*, Superior Court of New Jersey,

Chancery Division, Bergen County at the Bergen County Courthouse, 10 Main Street,

Hackensack, New Jersey 07601, at 11:00 (AM) PM, or as soon thereafter as counsel may be heard, on the 2nd day of December, 2021, to show cause why an Order should not issue to:

(a)     Enjoin and restrain Defendants from interfering with Aggarwal's full and unfettered access to all business records and accounts of Plaintiffs, and Plaintiffs' related entities and predecessors, including but not limited to, client files and records, vendor payments, billing records and invoices, collection records, account statements, computer records, computer hardware, computer software, company accounts, including the Shopify account, Paypal account (ending in Z2QN), TD Bank account (ending in 8260) and any other bank accounts in which LCI is depositing Pizzazz's revenue from online sales, telephone numbers and/or lines, email accounts, domain names, website, and servers of Plaintiffs;

(b)     Appoint a custodial receiver and/or fiscal agent to oversee Plaintiffs assets currently in the possession of and/or controlled by Defendants as the agent(s) for Pizzazz including: (i) bank accounts, including receipts to and distributions by Defendants (including but not limited to the TD Bank Account ending in 8260 and any other bank accounts in which Defendants are depositing Plaintiffs revenue from online sales ; (ii) company accounts, including the Shopify account and Paypal account ending in Z2QN; (iii) client files and records; and (iv) website and mail accounts, and to conduct an accounting of the Plaintiffs revenue from 2015 to present;

Case 22-01034-VFP   Doc 2-2   Filed 01/27/22   Entered 01/27/22 11:51:15   Desc
Certification of Melinda D. Middlebrooks   Esq. in Support of Entry of Order to S   Page 5 of 7

(c)     Enjoin and restrain Defendants from withdrawing any funds from any account owned and/or maintained by Plaintiffs or maintained on behalf of Plaintiffs without the written consent of Aggarwal, and/or the Court appointed custodial receiver and/or fiscal agent;

(d)     Enjoin and restrain Defendants from contacting any clients of Plaintiffs for any purpose; and

(e)     Enjoin and restrain Defendants from removing files, computers, monies, or assets

2

from the office(s) and/or bank accounts, including the Shopify account and Paypal, from Plaintiffs.

(f)     Ordering Defendants to maintain the domain name and website for Plaintiffs' online businesses in good standing until same are transferred to Plaintiffs;

(g)     Ordering Defendants to transfer the domain names and control over the websites for Plaintiffs online businesses to Plaintiffs' Go Daddy account or other designated account;

FURTHER ORDERED that a copy of this Order to Show Cause, Verified Complaint, legal memorandum and any supporting affidavits or certifications submitted in support of this application be served upon Defendants via electronic mail within one (1) business day of the date hereof, in accordance with R. 4:4-3 and R. 4:4-4, this being original process; and

FURTHER ORDERED that Defendants shall file and serve a written opposition to Plaintiffs' application by _November 24th, 2021_, and Plaintiffs shall file and serve any reply papers by _November 29, 2021_; and

FURTHER ORDERED that Proof of Service upon Defendants be filed with the Court no later than three (3) days before the return date as set forth above; and

FURTHER ORDERED that if Defendants do not file and serve opposition to this order to show cause, the application will be decided on the papers on the return date and relief may be granted by default, provided that Plaintiffs file a proof of service and a proposed form of order at

Case 22-01034-VFP    Doc 2-2    Filed 01/27/22    Entered 01/27/22 11:51:15    Desc
Certification of Melinda D. Middlebrooks    Esq. in Support of Entry of Order to S    Page 6 of 7

least three days prior to the return date; and

FURTHER ORDERED that Defendants take notice that Plaintiffs have filed a lawsuit against you in the Superior Court of New Jersey. The Verified Complaint attached to this order to show cause states the basis of the lawsuit. If you dispute this complaint, you, or your attorney, must file a written answer to the complaint and proof of service within 35 days from the day of service of this order to show cause; not counting the day you received it. These documents must

be filed with the Clerk of the Superior Court in the county listed above. A directory of these offices is available in the Civil Division Management Office in the county listed above and online at njcourts.gov/forms/10153_deptyclerklawref.pdf. Include a filing fee payable to the "Treasurer State of New Jersey." You must also send a copy of your Answer to the Plaintiffs' attorney whose name and address appear above. A telephone call will not protect your rights; you must file and serve your Answer (with the fee) or judgment may be entered against you by default. Please note: Opposition to the order to show cause is not an Answer and you must file both. Please note further: if you do not file and serve an Answer within 35 days of this Order, the court may enter a default against you for the relief plaintiff demands.

If you cannot afford an attorney, you may call the Legal Services office in the county in which you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at njcourts.gov/forms/10153_deptyclerklawref.pdf.; and

FURTHER ORDERED that the court will entertain argument, but not testimony, on the

return date of the order to show cause, unless the court and parties are advised to the contrary no later than 3 days before the return date.

_____
Honorable     Edward A. Jerejian, P.J.Ch.

4